[No. 34585-1-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE JUAN RAMIREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-00162-2, Mary Wicks Brucker, J., entered March 28, 1994. *Dismissed* by unpublished per curiam opinion.

[Nos. 33250-3-I; 33251-1-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. TED STEVEN PELLEGRINI, *Respondent*.

Appeals from a judgment of the Superior Court for King County, No. 93-1-01193-4, Joan E. DuBuque, J., entered July 26, 1993. *Remanded* by unpublished per curiam opinion.

[No. 31763-6-I.    Division One.    March 20, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY D. STOUT, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92-1-00085-6, Ronald E. Castleberry, J., entered November 13, 1992. *Dismissed* by unpublished per curiam opinion.

[Nos. 32875-1-I; 33570-7-I.    Division One.    March 20, 1995.]

*In the Matter of the Marriage of* ANITA DARLENE SMITH, *Respondent, and* JACKSON LADELL SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 82-3-03432-4, Sharon S. Armstrong, J., entered May 13, 1993. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Pekelis, C.J., and Becker, J.